IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY MORGAN, | 1:08-cv-00233-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 63.) |
| TILTON, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY |
| Defendants. | INJUNCTIVE RELIEF |
| / | (Doc. 54.) |

Kelly Morgan ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 16, 2012, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief, filed on December 8, 2011, be denied.   Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 16, 2012, are adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed on December 8, 2011, is DENIED.

IT IS SO ORDERED.

**Dated:   August 28, 2012**                     **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE